954 F.2d 720
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Nancy E. POMPLUN; Robert S. Reynolds, Plaintiffs-Appellants,
v.
Joseph D. MORRISSEY, Individually and as Commonwealth's
Attorney; Buddy Parcell, Individually and as Assistant
Commonwealth's Attorney; Robert W. Duling, Individually and
as Chief Judge; J.R. Davila, Individually and as Judge;
RALPH B. Robertson, Individually and as Judge; William
Shannon, Individually and as Chief Magistrate; Charles
Richardson, Individually and as Magistrate; Phyllis
McDonald, Individually and as Magistrate; Marty M.
Tapscott, Individually and as No. 91-2383 Chief of Police;
R.C. Eades, Individually and as Lieutenant for Richmond
Bureau of Police; Julius W. Richardson, individually and as
a Lieutenant; William C. Brereton, Individually and as
Officer of the Richmond Police; Thomas Nolan, Individually
and as Officer of the Richmond Bureau of Police; Roger E.
Bradley, Individually and as Officer of the Richmond Bureau
of Police; Eugene Provost, Individually and as Officer of
the Richmond Bureau of Police; Twenty Unknown Named Agents
of the Office of Commonwealth Attorney; Twenty Unknown
Agents of the Richmond Bureau of Police, Defendants-Appellees.
 No. 91-2383.
 United States Court of Appeals, Fourth Circuit.
 Submitted Feb. 3, 1992.
Decided Feb. 11, 1992.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, District Judge. (CA-91-459-R).
 Nancy E. Pomplun, Robert S. Reynolds, appellants pro se.
 John Adrian Gibney, Jr., Shuford, Rubin, Gibney & Dunn, Richmond, Va., Linwood Theodore Wells, Jr., Assistant Attorney General, Gregory E. Lucyk, William H. Hauser, Office of the Attorney General of Virginia, Richmond, Virginia; G. Timothy Oksman, City Attorney's Office, Richmond, Va., for appellees.
 E.D.Va.
 DISMISSED.
 Before WIDENER, HAMILTON and LUTTIG, Circuit Judges.
 OPINION
 PER CURIAM:
 
 
 1
 Nancy E. Pomplun and Robert S. Reynolds appeal from a district court order which dismissed some claims and some defendants from their 42 U.S.C. § 1983 (1988) action. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This Court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed.R.Civ.P. 54(b); Cohen v. Beneficial Industrial Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.
 
 
 2
 We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 3
 DISMISSED.